

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-23-00182-CV |
| A.G.R. and C.E.R., | § | Appeal from the |
| CHILDREN. | § | 65th Judicial District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2020DCM6732) |

## **J U D G M E N T**

The Court has considered this cause on the parties' Agreed Motion to Remand for New Trial and, in accordance with our opinion, concludes the motion should be granted. We reverse only the portion of the trial court's judgment terminating L.E.G.E.'s parental rights, and remand the case for a new trial on the merits solely on the issues brought for appeal. We do not otherwise disturb the trial court's judgment, including its managing conservatorship provisions, pending a new judgment by the trial court or agreement of the parties settling the underlying case.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MARCH 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.